# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOHNNY ANDERSON**                                                                                      **PLAINTIFF**

**v.**                        **No. 4:06CV13-D-B**

**CHRISTOPHER EPPS, ET AL.**                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 19th day of April, 2006.

                                                              /s/ Glen H. Davidson
                                                              CHIEF JUDGE

Dockets.Justia.com